IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Samba Sidibe

8 Norwich Court

Baltimore, MD 21117

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

USDC- BALTIMORE
'24 APR 23 PM 12:59

-against-

Nidsan Shipping Inc

167 Madison Avenue, Suite # 202

New York, NY 10016

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _GLR 24 CV 1184_
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

HD

Rcv'd by: _AR_

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Samba Sidibe |
| Street Address | 8 Norwich Court |
| City and County | Owings Mills |
| State and Zip Code | 21117 |
| Telephone Number | 443 794 50 76 |
| E-mail Address | sambasidibe2000@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nidsan Shipping Inc. |
| Job or Title (if known) | Ocean freight Agent |
| Street Address | 167 Madison Avenue, Suite#202 |
| City and County | New York |
| State and Zip Code | 10016 |
| Telephone Number | 855 678 07 50 |
| E-mail Address (if known) | info@nidsanshipping.com |

Defendant No. 2

| | |
|---|---|
| Name | Maersk |
| Job or Title (if known) | Ocean freight |
| Street Address | 180 Park Avenue, Building 105, PO Box 950 |
| City and County | |
| State and Zip Code | 07932 Florham Park, NJ, USA |
| Telephone Number | 800 321 8807 |
| E-mail Address (if known) | maerskgosupport@maersk.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question                 ■  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Samba Sidibe_____, is a citizen of the State of *(name)* Maryland_____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

The defendant, *(name)* Nidsan Shipping Inc. _____, is incorporated under the laws of the State of *(name)* New York _____, and has its principal place of business in the State of *(name)* New York _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I shipped 24 vehicles through this company, They shipped these vehicles to a wrong port.

I had to $34,683 to bring back these vehicles to the right port.

Because of that, I lost 7 vehicles also due to the accumulation of penalties and storage fees.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I signed an ocean freight contract with Nidsan Shipping inc. to ship 24 Vehicles within 7 containers from U.S to Togo.

The contract states that the final destination of the vehicles is the Port of Lomé (Togo). However, my

vehicles were sent to a different location. When I asked them to bring back the vehicles to the port stated within the contract,

they said that they are not responsible for that mistake by pointing out Maersk

their ocean freight company as responsible for the error. After several weeks,

exchanging e-mail and phone calls with them trying to resolve the issue,

they told me that they could not find any arrangement with Maersk.

Therefore, I was forced to pay by my own all the cost related to bring back 17 out of 24 vehicles. I paid $34,683 in

(Penalties, storage fees, towing and other services) in order to bring back the vehicles to the port a requested when I signed the contract..

Because of all these unpredicted money spent; I did not have any more money left to pay for the

remaining 7 vehicles. The accumulated penalties and storage fees associated to thsese 7 veheicles so high that I couldn't afford to pay .

The value associated to these 7 vehicles plus the damage caused to my

business total to $60,317 as of this day April 22, 2024.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I paid $34,683 in (Penalties, storage fees, towing and other services) in order to bring back the vehicles to the port we contracted for. The value associated with the 7 vehicles I lost in process plus the damage caused to my business total to $60,317 as of this day April 22, 2024.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04 / 23 , 20 24

Signature of Plaintiff

Printed Name of Plaintiff    Samba Sidibe

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney          _____

Printed Name of Attorney     _____

Bar Number                         _____

Name of Law Firm               _____

Address                               _____

Telephone Number               _____

Email Address                      _____